UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**Quan Westley,**

                **Plaintiff,**

        **v.**                              **8:16-CV-1102 (NAM/DJS)**

**Joe Burdo,**

                **Defendant.**
_____

**APPEARANCES:**

Quan Westley
5411 Peru Street, Apt. #2
Plattsburgh, NY 12901
Plaintiff, *pro se*

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

On September 23, 2016, after initial review under 28 U.S.C. § 1915(e), United States Magistrate Daniel J. Stewart filed a Report-Recommendation and Order (Dkt. No. 6) recommending that the complaint be dismissed and providing plaintiff the opportunity to file an amended complaint within 30 days. No party has objected. The Court has reviewed the file, including the Report and Recommendation, and finds no error.

On September 29, 2016, plaintiff filed an amended complaint (Dkt. No. 7), and on October 24, 2016, he filed a second amended complaint (Dkt. No. 9).

It is therefore

ORDERED that the Report and Recommendation (Dkt. No. 6) is accepted in its entirety; and it is further

ORDERED that the file is referred to United States Magistrate Daniel J. Stewart for initial review of the amended complaint (Dkt. No. 7) and second amended complaint (Dkt. No. 9); and it is further

ORDERED that the Clerk of the Court is directed to serve copies of this Memorandum-Decision and Order in accordance with the Local Rules of the Northern District of New York.

IT IS SO ORDERED.

Date: November 10, 2016
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge